AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Randall McCain )
*Plaintiff* )
v. ) Civil Action No. 23-cv-1162
Caterpillar Logistics, Inc. )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the **defendant** *(name)* _____ recover costs from the **plaintiff** *(name)* _____ .

☒ **other**: It is ordered and adjudged that Plaintiff's counsel filed a certificate of service, demonstrating that the service requirements pursuant to Fed. R. Civ. P. 25(a)(3) were met. Therefore, because Plaintiff is deceased and no motion to substitute a proper party has been made pursuant to Fed. R. Civ. P. 25(a)(1), this case is dismissed.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☒ **decided by Judge** Joe Billy McDade on a motion for _____ .

Date: 01/29/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*